UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DOUGLAS OLIVER WICKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) |
| | ) 3:18-CV-0197-G (BK) |
| COMM'R OF INTERNAL REV. SERVICE, | ) |
| | ) |
| Defendant. | ) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, plaintiff's case is **DISMISSED** with prejudice.

**SO ORDERED**.

December 10, 2018.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**